UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/04/2019__

NICHOLE DANIELS-FEASEL, *et al.*,

    *Plaintiffs*,

v.

FOREST PHARMACEUTICALS INC., *et al.*

    *Defendants*.

Case No.1:17-cv-4188 (LTS) (JLC)

## AMENDED SCHEDULING ORDER

By a joint letter dated April 1, 2019, the parties advised the Court of an inadvertent error in the parties' Joint Proposed Scheduling Order, which the Court entered on April 1, 2019 (ECF No. 67). Specifically, the date listed in ECF No. 67 at Section 1(b) should be July 2, 2020 (not June 12, 2020).

**IT IS HEREBY ORDERED THAT:** The Scheduling Order entered April 1, 2019 (Doc. No. 67) is hereby corrected as set forth below:

1. **Amended Deadlines**

    b. date by which all non-expert discovery shall be completed

        July 2, 2020.

Dated: April __4__, 2019

                    **SO ORDERED:**

                    _____
                    JAMES L. COTT
                    United States Magistrate Judge