UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLE DANIELS-FEASEL, Individually and as parent and natural guardian of infant C.F., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FOREST LABORATORIES INC., *et al.*,<br><br>Defendants. | Civ. Action No. 17-cv-4188 (LTS) (JLC) |

**FOREST'S OMNIBUS MOTION TO EXCLUDE**
**PLAINTIFFS' EXPERT TESTIMONY ON GENERAL CAUSATION**

The Forest Defendants move to exclude the general causation expert testimony of Lemuel Moyé, M.D., Ph.D., Laura Plunkett, Ph.D., and Patricia Whitaker-Azmitia, Ph.D., pursuant to Federal Rules of Evidence 104(a), 702, 703, and 403, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny. In support of this motion, the Forest Defendants rely on their Memorandum of Law in Support of Forest's Omnibus Motion to Exclude Plaintiffs' Expert Testimony on General Causation, the Transmittal Declaration of Bert L. Wolff and the exhibits attached thereto, and submitted in accordance with ECF No. 78.

WHEREFORE, the Forest Defendants respectfully request an Order from this Court excluding the general causation expert testimony of Lemuel Moyé, M.D., Ph.D., Laura Plunkett, Ph.D., and Patricia Whitaker-Azmitia, Ph.D. and granting Defendants such other and further relief as the Court deems just and proper. Pursuant to Local Rule 6.1 of the United States District Court for the Southern District of New York, Defendants respectfully request oral argument on this motion.

Dated: June 21, 2019

_____
Bert L. Wolff (BW5407)
Jonathan S. Tam (JT1983)
Lincoln D. Wilson (LW1982)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036
Tel: (212) 698-3500
Fax: (212) 698-3599
bert.wolff@dechert.com
jonathan.tam@dechert.com
lincoln.wilson@dechert.com

Sandra A. Bresnick (SB6110)
Anne Toker (AT4524)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
Tel: (212) 849-7000
Fax: (212) 849-7100
sandrabresnick@quinnemanuel.com
annetoker@quinnemanuel.com

John Ipsaro (*pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
Tel: (513) 698-5000
Fax: 513 (698) 5059
jipsaro@ulmer.com

*Attorneys for Defendants*