**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7324**

WRITER'S EMAIL ADDRESS
**sandrabresnick@quinnemanuel.com**

October 9, 2019

**BY ECF**

The Honorable James L. Cott
500 Pearl Street, Room 1360
United States Courthouse
New York, NY 10007

Re:   *Daniels-Feasel v. Forest Labs. LLC*, No. 1:17-cv-4188 (S.D.N.Y.) (LTS) (JLC)

Dear Judge Cott:

We, Dechert and Ulmer & Berne are counsel for the Forest Defendants in the above-referenced cases. Together, with counsel for Plaintiffs, and pursuant to the Court's April 12, 2019 Order (ECF No. 73), we write jointly to advise the Court whether there is any need for a status conference on October 16, 2019 and to provide the Court with a status update.

The parties are pleased to report that there are no disputes that require resolution by the Court, and the parties do not have a need for a call with Your Honor at this time.

By way of an update, the parties recently advised the Court of the status of these cases in their Joint Motion to Amend the Scheduling Order (ECF No. 94), *see* ¶¶ 1-6. For example, the parties explained that they have submitted their briefs concerning Forest's *Daubert* motion to exclude the testimony of Plaintiffs' general causation experts. The Court granted the parties' joint motion on September 26, 2019 (ECF No. 95), which makes certain discovery deadlines dependent on the outcome of the *Daubert* motion or subsequent summary judgment motion. In addition, on September 27, 2019, Judge Swain issued an order (ECF No. 96) indicating that the Court will inform the parties if it determines that live testimony and/or oral argument will be necessary on the Forest Defendants' pending *Daubert* motion to exclude the testimony of Plaintiffs' general causation experts.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

October 9, 2019
Page 2


Respectfully submitted,

*Sandra Bresnick*

Sandra Bresnick

cc:  Counsel of Record