UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLE DANIELS-FEASEL, Individually and as parent and natural guardian of infant C.F., et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FOREST LABORATORIES INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 17-cv-04188<br><br>Honorable Laura Taylor Swain |

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF FOREST'S OMNIBUS MOTION TO EXCLUDE PLAINTIFFS'
EXPERT TESTIMONY ON GENERAL CAUSATION**

Forest respectfully submits this notice of supplemental authority, in support of its Omnibus Motion to Exclude Plaintiffs' Expert Testimony on General Causation (Doc. [79]), to apprise the Court of the Second Circuit's decision in *In re Mirena IUS Levonorgestrel-Related Prods. Liab. Litig. (No. II)*, No. 19-2155 (2d Cir. Dec. 8, 2020) (Ex. 1). "[F]or substantially the reasons set forth in the district court's thorough opinions," Ex. 1 at 10-11, the Second Circuit affirmed the district court's rulings in *In re Mirena IUS Levonorgestrel-Related Prod. Liab. Litig. (No. II)*, 341 F. Supp. 3d 213 (S.D.N.Y. 2018), excluding (*inter alia*) Drs. Moyé and Plunkett under Fed. R. Evid. 702 and *Daubert*. The Second Circuit emphasized that "not only was it appropriate for the district court to take a hard look at plaintiffs' experts' reports, the court was required to do so to ensure reliability." Ex. 1 at 15. "The district court provided in-depth analysis of whether the experts applied their methodologies reliably," including "discussing in detail how Moyé's analysis is flawed by serious methodological deficiencies" and "explaining the number of methodological flaws with Plunkett's analysis." *Id.* at 16 (quotation omitted). The Second Circuit further noted that the district court "was well within its discretion to consider whether plaintiffs' experts'

conclusions were generally accepted by the scientific community." *Id.* at 17.

Dated: December 8, 2020

                                      Respectfully submitted,

                                      */s/ Bert L. Wolff*
                                      Bert L. Wolff (BW5407)
                                      Jonathan S. Tam (JT1983)
                                      Lincoln D. Wilson (LW1982)
                                      DECHERT LLP
                                      Three Bryant Park
                                      1095 Avenue of the Americas
                                      New York, NY  10036
                                      Tel: (212) 698-3500
                                      Fax: (212) 698-3599
                                      bert.wolff@dechert.com
                                      jonathan.tam@dechert.com
                                      lincoln.wilson@dechert.com

                                      Sandra A. Bresnick (SB6110)
                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                      51 Madison Avenue
                                      New York, NY  10010
                                      Tel: (212) 849-7000
                                      Fax: (212) 849-7100
                                      sandrabresnick@quinnemanuel.com

                                      John Ipsaro (*pro hac vice*)
                                      ULMER & BERNE LLP
                                      600 Vine Street, Suite 2800
                                      Cincinnati, OH  45202
                                      Tel: (513) 698-5000
                                      Fax: 513 (698) 5059
                                      jipsaro@ulmer.com

                                      *Attorneys for Defendants*