UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLE DANIELS-FEASEL, *et al.*,

　　　　　　Plaintiffs,

v.

FOREST PHARMACEUTICALS INC., *et al.*

　　　　　　Defendants.

Case No.1:17-cv-4188 (LTS) (JLC)

**PLAINTIFFS' RESPONSE TO FOREST'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF FOREST'S OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY ON GENERAL CAUSATION**

　　　　The Notice of Supplemental Authority recently filed by Forest (Dkt. 101) directs the Court's attention to the Second Circuit's opinion in *In re Mirena IUS Levonorgestrel-Related Prods. Liab. Litig. (No. II)*, No. 19-2155 (Dec. 8, 2020). This opinion affirmed *In re Mirena IUS Levonorgestrel-Related Prods. Liab. Litig.*, 341 F. Supp. 3d 213 (S.D.N.Y. 2018) ("*Mirena II*"). Plaintiffs addressed *Mirena II*, where published scientific literature supporting the proffered opinions was scant, in their Opposition to Defendants' Motion to Exclude Plaintiffs' Expert Testimony on General Causation. Dkt. 85 at 40-41. As the Second Circuit recognized in its affirmance of *Mirena II*, "the Daubert inquiry is fluid and will necessarily vary from case to case." Dkt. 101-1 at *14; *see also* Dkt. 85 at 4 n.1, 55 n.18 (citing litany of federal district court cases that admitted the expert opinions of Dr. Moye and Dr. Plunkett). Plaintiffs are confident that a careful consideration of the vast published, peer-reviewed scientific evidence relied on by Drs. Moye and Plunkett in this case the Court will find neither the holding in *Mirena II* nor the Second Circuit's recent affirmance support the exclusion of the opinions of these same experts in this case. *See* Doc 85, pp. 16-40; Doc 87-1 (Appendix of Medical Literature).

1

Respectfully submitted,


/s/ Christopher T. Nidel
Christopher T. Nidel, Esq. *Admitted PHV*
Jonathan Nace, Esq. *Admitted PHV*
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
chris@nidellaw.com
jon@nidellaw.com
(202) 780-5153

Steven J. German
German Rubenstein, LLP
19 W. 44th Street, Suite 1500
New York, NY 10036
Tel: 212-704-2020
sgerman@germanrubenstein.com

**CERTIFICATE OF SERVICE**

    This is to certify that on this 11th day of December 2020, I caused a copy of the foregoing *Plaintiffs' Response to Forest's Notice of Supplemental Authority in Support of Forest's Omnibus Motion to Exclude Plaintiffs' Expert Testimony on General Causation* to be served upon the Court and the following via ECF service:

    Sandra Bresnick (SB6110)
    Quinn Emanuel Urquhart & Sullivan, LLP
    51 Madison Ave., 22nd Fl.
    New York, NY 10010
    Tel: (212) 849-7000
    Fax: (212) 849-7100
    sandrabresnick@quinnemanuel.com

    Bert Wolff (BW5407)
    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036-6797
    Tel: (212) 698-3500
    Fax: (212) 698-3599
    bert.wolff@dechert.com

    John R. Ipsaro, admitted *pro hac vice*
    Jennifer Heis, admitted *pro hac vice*
    ULMER & BERNE LLP
    600 Vine Street, Suite 2800
    Cincinnati, Ohio 45202-2409
    (513) 698-5104/Fax: (513) 698-5105
    jipsaro@ulmer.com
    jheis@ulmer.com

    *Counsel for the Forest Defendants*

    /s/ Jonathan B. Nace
    Jonathan B. Nace, Esq.