**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICHOLE DANIELS-FEASEL, individually
and as a parent and guardian of infant C.F., et al.,

                     Plaintiffs,

     -against-

FOREST LABORATORIES INC., et al.,

                     Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021

17 **CIVIL** 4188 (LTS)(JLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 29, 2021, Defendants' motion for summary judgment dismissing Plaintiffs' complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York

      December 29, 2021

                                                         **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                        **BY:**
                                                            **Deputy Clerk**